DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 262P15 | State v. Omar Jalam Cook | Def's *Pro Se* Motion to Dismiss | Dismissed |
|---|---|---|---|
| 263P15 | State v. Case Rafeal Tyler | Def's *Pro Se* Motion for Notice of Appeal | Dismissed *ex mero motu* |
| 266P14 | Robert Carpenter and Tammy Carpenter, individually and Tammy Carpenter as Administrator of the Estate of Monique L. Carpenter v. Willie McKinney, individually and jointly and severally with Windham Heating and Air Conditioning, Inc., individually and jointly and severally with Old Republic Home Protection Company, Inc., individually and jointly and severally with Paul Edward Windham, individually and d/b/a Windham Heating & Air | 1. Plts' PWC to Review Order of COA (COA13-516)<br><br>2. Def's (Old Republic Home Protection Company, Inc.) Motion for Extension of Time to File Response | 1. Special Order<br><br>2. Allowed **08/13/2014** |
| 267P15 | In the Matter of Julio Zelaya Sorto | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 271P15 | State v. Felix Ricardo Saldierna | 1. State's Motion for Temporary Stay (COA14-1345)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/03/2015**<br><br>2.<br><br>3. |
| 272P15 | Susan Vaughan v. Currituck DSS, et al. | 1. Petitioner's *Pro Se* Motion for Temporary Stay (COAP14-997)<br><br>2. Petitioner's *Pro Se* Petition for *Writ of Supersedeas*<br><br>3. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Denied **08/06/2015**<br><br>2.<br><br>3. |